1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BERNARDINA RODRIGUEZ, et al.,              Civ. No.  S-13-1179 KJM CKD

12                   Plaintiff,

13         v.                                    ORDER

14    TACO BELL CORP.,

15                   Defendant.

16

17              This matter is referred to Magistrate Judge Stanley A. Boone for a special status

18    conference on the notice of related cases, filed in this action and in *In re Taco Bell*, Civ. No. F-

19    07-1314 SAB.

20              IT IS SO ORDERED

21    DATED:  August 19, 2013.

22

23

24                                              _____
                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

1