# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>TACO BELL CORP.,<br><br>            Defendant. | Case No.  1:13-cv-01498-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY HALEY DEANN SCHWARTZKOPF |

On February 5, 2014, counsel Haley Deann Schwartzkopf of Setareh Law Group filed a notice of withdrawal of counsel.  In her notice Ms. Schwartzkopf states that Shaun Setareh and Adreinne Herrera shall remain as the attorneys of record for Plaintiff Bernardina Rodriguez.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall terminate Ms. Schwartzkopf as the attorney of record for Plaintiff.

IT IS SO ORDERED.

Dated:  **February 6, 2014**

UNITED STATES MAGISTRATE JUDGE

1