# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ, | Case No.  1:13-cv-01498-SAB |
| Plaintiff, | ORDER GRANTING WITHDRAWAL OF ATTORNEY ADRIENNE HERRERA |
| v. | |
| TACO BELL CORP., | (ECF No. 46) |
| Defendant. | |

On April 3, 2014, counsel Adrienne Herrera of Setareh Law Group filed a notice of withdrawal of counsel.  In her notice Ms. Herrera states that Shaun Setareh shall remain as the attorney of record for Plaintiff Bernardina Rodriguez.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall terminate Ms. Herrera as the attorney of record for Plaintiff.

IT IS SO ORDERED.

Dated:   **April 4, 2014**

_____
UNITED STATES MAGISTRATE JUDGE