1  Shaun Setareh (SBN 204514)
2       shaun@setarehlaw.com
   SETAREH LAW GROUP
3  9454 Wilshire Blvd., Suite 711
   Beverly Hills, California 90212
4  Tel:   310.888.7771
5  Fax:   310.888.7771

6
   Attorneys for Plaintiff,
7  Bernardina Rodriguez

8
9                    **UNITED STATES DISTRICT COURT**

10              **EASTERN DISTRICT OF CALIFORNIA – FRESNO**

11  | BERNARDINA RODRIGUEZ, on behalf of herself, all others similarly situated, | Case No: 1:13-CV-01498-SAB |
    |---|---|
    | *Plaintiff*, | **JOINT STIPULATION TO AMEND SCHEDULING ORDER** |
    | vs. | |
    | TACO BELL CORP, a California corporation; and DOES 1-50, inclusive, | |
    | *Defendants*. | |

# JOINT STIPULATION

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Eastern District of California Local Rule 143, Plaintiff Bernardina Rodriguez ("Rodriguez") and Defendant Taco Bell Corp. ("Taco Bell") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree to amend the discovery briefing schedule with limited exceptions, in recognition of the following:

WHEREAS ON June 25, 2013, Rodriguez filed her First Amended Complaint ("FAC") in which she alleges the following claims for relief for herself and on behalf of seven subclasses of current and former hourly employees who worked at Taco Bell corporately-owned restaurants in California:

(a) Penalties for failure to provide meal periods to hourly restaurant workers from May 15, 2009, until the resolution of the lawsuit;

(b) Penalties for failure to provide rest periods to hourly restaurant workers from May 15, 2009, until the resolution of the lawsuit;

(c) Violation of Labor Code §§510, 1194 and 1198 (unpaid minimum and overtime wages) from May 15, 2009 until the resolution of the lawsuit;

(d) Failure to provide accurate wage statements pursuant to Labor Code § 226(a);

(e) Violation of California Labor Code §§ 201 and 202 (non-payment of wages upon termination) from May 15, 2009, until the resolution of the lawsuit;

(f) Violation of California Business and Professions Code §§ 17200, *et seq.* seeking "restitution" during a period that commences on May 15, 2009, and which extends until the resolution of the lawsuit;

(g) Penalties under PAGA, Labor Code §§ 2698, *et seq.* on behalf of all aggrieved employees from June 25, 2012 to the resolution of the lawsuit (Rodriguez seeks penalties for violations of Labor Code Sections 201, 202, 203, 204, 223, 226(a), 226.7, 256, 510, 512, 1194, 1197, and 1198); and

(h) Failure to include employee meal discounts in California non-exempt employees' regular rate for the purposes of calculating overtime wage

payments.

WHEREAS ON July 9, 2013, Taco Bell filed a motion to dismiss, challenging the FAC in its entirety;

WHEREAS ON October 30, 2013, the Court denied Taco Bell's motion to dismiss;

WHEREAS the Parties have extensively met and conferred by telephone and have agreed to engage in limited formal and informal discovery and to prepare dispositive pre-trial motions regarding whether Taco Bell's voluntary discounted meal program violates California law or impacts Taco Bell's California employees' overtime pay;

WHEREAS the Parties have propounded written discovery, but have subsequently agreed to stay all discovery, with the following limited exceptions related to Taco Bell's discounted meal policy and all related and/or derivative claims:

    a. Rodriguez will depose Taco Bell pursuant to Fed. R. Civ. P. 30(b)(6);

    b. Taco Bell will depose Rodriguez; and Taco Bell will produce its employee meal discount policy and make available for inspection records of California employees' discounted meals.

    c. The Parties will provide verified responses to all relevant written discovery relating to the claims that will be adjudicated on cross motions for summary judgment/adjudication.

WHEREAS the Parties agreed to stipulate to a protective order governing the production and use of confidential and private documents prior to the exchange of discovery;

WHEREAS, the Parties agreed to vacate current class certification deadlines and continue to meet and confer regarding the dispositive pre-trial motions;

WHEREAS, on April 23, 2014 the Parties agreed and the Court has ordered the parties to file dispositive pre-trial motions regarding Taco Bell's voluntary discounted meal program and related claims pursuant to the following briefing schedule:

    a. Cross Motions for Summary Judgment will be filed June 18, 2014.

    b. The Parties' Oppositions will be filed on July 25, 2014.

    c. The Parties' Reply Briefs will be filed on August 8, 2014.

    d. The requested hearing date is September 10, 2014 at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

THE PARTIES NOW agree and request to amend the briefing schedule as follows:

    a. Cross Motions for Summary Judgment will be filed July 23, 2014.

    b. The Parties' Oppositions will be filed on August 13, 2014.

    c. The Parties' Reply Briefs will be filed on August 20, 2014.

    d. The requested hearing date to remain on September 10, 2014 at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

**THE PARTIES SO STIPULATE.**

Dated:  May 8, 2014           SETAREH LAW GROUP

                                      By:    */s/ Shaun Setareh*
                                                          Shaun Setareh
                                                          Attorneys for Plaintiff,
                                                          Bernardina Rodriguez

Dated:  May 8, 2014           SHEPPARD MULLIN

                                        By:    */s/ Nora K. Stiles*
                                                  Nora K. Stiles
                                                  Attorneys for Defendant,
                                                  Taco Bell Corp.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO**

| | |
|---|---|
| BERNARDINA RODRIGUEZ, on behalf of herself, all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>TACO BELL CORP, a California corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No: 1:13-CV-01498-SAB<br><br>**ORDER RE JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

# **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Having considered the Joint Stipulation between counsel for Plaintiff Bernardina Rodriguez and Defendant Taco Bell Corp. to Amend the Scheduling Order, and good cause appearing therefore, this Court hereby ORDERS that the that the briefing schedule regarding discovery, as follows:

        a. Cross Motions for Summary Judgment will be filed July 23, 2014.

        b. The Parties' Oppositions will be filed on August 13, 2014.

        c. The Parties' Reply Briefs will be filed on August 20, 2014.

        d. The requested hearing date to remain on September 10, 2014 at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

    IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **May 8, 2014**

_____
UNITED STATES MAGISTRATE JUDGE