# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ,<br>Plaintiff,<br>v.<br>TACO BELL CORP.,<br>Defendant. | Case No. 1:13-cv-01498-SAB<br><br>ORDER RE JOINT STIPULATION TO AMEND SCHEDULING ORDER |

Pursuant to the stipulation of the parties, the Court finds good cause to amend the scheduling order.

Accordingly, IT IS HEREBY ORDERED that the amended scheduling order issued May 9, 2014 is amended as follows:

1. The parties Cross Motions for Summary Judgment shall be filed on or before August 27, 2014;
2. The parties' Oppositions shall be filed on or before September 17, 2014;
3. The parties' Reply Briefs shall be filed on or before September 24, 2014; and

///

///

///

4. The hearing on the parties' Cross Motions for Summary Judgment is reset from September 10, 2014 at 10:00 a.m. to October 22, 2014 at 10:00 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **July 21, 2014**

UNITED STATES MAGISTRATE JUDGE