# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ, | Case No. 1:13-cv-01498-SAB |
| Plaintiff, | ORDER DIRECTING OFFICE OF THE CLERK TO TERMINATE JESSICA SIMMONS FAIRBAIRN AS ATTORNEY OF RECORD FOR DEFENDANT |
| v. | |
| TACO BELL CORP., | |
| Defendant. | |

On October 27, 2014, Defendant filed a notice that Jessica Simmons Fairbairn is no longer affiliated with the law firm representing Defendant and requesting that she be removed as attorney of record.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall terminate Jessica Simmons Fairbairn as the attorney of record for Defendant.

IT IS SO ORDERED.

Dated:  **October 30, 2014**

UNITED STATES MAGISTRATE JUDGE