| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ, | Case No. 1:13-cv-01498-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER AND CONTINUING PRETRIAL CONFERENCE TO MARCH 4, 2016 |
| v. | |
| TACO BELL CORP., | |
| Defendant. | |
| | (ECF No. 43) |
| | DEADLINE: FEBRUARY 29, 2016 |

On December 16, 2013, a scheduling order issued in this action setting forth pretrial dates. (ECF No. 43.) There is a pretrial conference set for February 26, 2016 and pursuant to the scheduling order and Local Rules of the Eastern District of California, the parties were to submit a joint pretrial statement by Friday, February 19, 2016. L.R. 281.

On February 19, 2016, Defendant filed a pretrial statement indicating that it was unable to obtain Plaintiff's compliance in submitting a joint statement. Plaintiff did not participate in the pretrial statement, file a pretrial statement, or otherwise address the requirement set forth in the December 16, 2013 scheduling order.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference set for February 26, 2016, is CONTINUED to March 4,

1

2016, at 3:00 p.m. in Courtroom 9;

2. On or before February 29, 2016, Plaintiff shall show cause in writing why sanctions should not issue for the failure to comply with this court's December 16, 2013 scheduling order.  **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated:  **February 22, 2016**

UNITED STATES MAGISTRATE JUDGE