# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINA RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>TACO BELL CORP.,<br><br>        Defendant. | Case No.  1:13-cv-01498-SAB<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>(ECF No. 74, 75) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **March 2, 2016**  
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1